**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  5:26-po-00094-CDB |
| Plaintiff, | CVB Violation E1281163 / CA10 |
| v. | ORDER TO REFUND OVERPAYMENT |
| DERRICK JONES, | (Doc. 6) |
| Defendant. | |

Defendant Derrick Jones was issued Violation Notice E1281163 with a total collateral due of $230.00.  On May 29, 2026, the Court granted the motion of the United States of America to dismiss the violation.  On June 6, 2026, after the case was closed, Defendant paid the collateral amount of $230.00.

Because Defendant overpaid on the collateral due given the dismissal of the citation, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $230.00.

IT IS SO ORDERED.

Dated:  **June 15, 2026**

_____
UNITED STATES MAGISTRATE JUDGE